Decided September 14, 1994

MIDDLESEX INSURANCE COMPANY *v.* THOMAS RADY, ADMINISTRATOR (ESTATE OF AUDREY RADY)

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 679 (AC 11941), is denied.

*Thomas P. Moriarty,* in support of the petition.

*Frederick M. Vollono,* in opposition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* ZULFI STRIKANI

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 691 (AC 12242), is denied.

*Richard M. Marano,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 14, 1994